# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Christopher W. Sitarski Sr.**<br>**Tiffany A. Adams**<br><br>          **Debtor(s)**<br><br>**LAKEVIEW LOAN SERVICING LLC**<br>          **Movant**<br>  **vs.**<br><br>**Tiffany A. Adams**<br>**Christopher W. Sitarski Sr.**<br>          **Debtor(s)**<br><br>**William C. Miller Esq.**,<br>          **Trustee** | **BK NO. 20-12632 ELF**<br><br>**Chapter 13** |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 26, 2020, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Tiffany A. Adams
34 East Hendrickson Avenue
Morrisville, PA 19067

Christopher W. Sitarski Sr.
34 East Hendrickson Avenue
Morrisville, PA 19067

Attorney for Debtor(s)
Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Trustee
William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Method of Service:  electronic means or first class mail

Dated: June 26, 2020

                     **/s/Rebecca A. Solarz Esquire**
                     Rebecca A. Solarz Esquire
                     Attorney I.D. 315936
                     KML Law Group, P.C.
                     BNY Mellon Independence Center
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106
                     215-825-6327
                     rsolarz@kmllawgroup.com