| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Christopher W Sitarski, Sr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tiffany A Adams** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 20-12632 | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                                                      12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Christopher W Sitarski, Sr.**                        X **/s/ Tiffany A Adams**
**Christopher W Sitarski, Sr.**                                **Tiffany A Adams**
Signature of Debtor 1                                          Signature of Debtor 2

Date **July 31, 2020**                                         Date **July 31, 2020**