# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Christopher W Sitarski, Sr.**
**Tiffany A Adams**
Debtor(s)

Case No. **20-12632**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-5451**

Joint Debtor's Social Security Number: **xxx-xx-4111**

**My (Our) Former Mailing Address was:**

Name: **Christopher W Sitarski, Sr. and Tiffany A Adams**

Street: **34 E Hendrikson Avenue**

City, State and Zip: **Morrisville, PA 19067**

**Please be advised that my (our) new mailing address is:**

Name: **Christopher W Sitarski, Sr. and Tiffany A Adams**

Street: **5674 North Road**

City, State and Zip: **Sanford, FL 32771**

/s/ **Christopher W Sitarski, Sr.**
**Christopher W Sitarski, Sr.**
Debtor

/s/ **Tiffany A Adams**
**Tiffany A Adams**
Joint Debtor