IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Christopher W Sitarski, Sr. | : | Chapter 13 |
| Tiffany A Adams | : | |
| | : | Case No.  20-12632ELF |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE


     I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 24


Dated:  August 24, 2020          /s/ Brad J. Sadek, Esquire

                                               Brad J. Sadek, Esquire

                                               Sadek and Cooper

                                               1315 Walnut Street, Suite 502

                                               Philadelphia, PA 19107

                                               215-545-0008