# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tiffany A. Adams<br>         Christopher W. Sitarski Sr.<br>                              Debtor(s) | CHAPTER 13 |
| LAKEVIEW LOAN SERVICING LLC<br>                              Movant<br>              vs.<br>Tiffany A. Adams<br>Christopher W. Sitarski Sr.<br>                              Debtor(s)<br>William C. Miller Esq.<br>                              Trustee | NO. 20-12632 ELF<br><br>11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 20th day of October, 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is **GRANTED** and the automatic stay under 11 U.S.C. Section 362, is **MODIFIED** with respect to the subject premises located at 34 East Hendrickson Avenue, Morrisville, PA 19067 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**