United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                      Case No. 20-12632-elf
Christopher W Sitarski, Sr.                                                                  Chapter 13
Tiffany A Adams
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 2
Date Rcvd: Oct 21, 2020       Form ID: pdf900        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

**Recip ID          Recipient Name and Address**
db/jdb          + Christopher W Sitarski, Sr., Tiffany A Adams, 5674 North Road, Sandford, FL 32771-9291

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason   Name and Address**
jdb          *+              Tiffany A Adams, 5674 North Road, Sandford, FL 32771-9291

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2020            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:

**Name                  Email Address**

BRAD J. SADEK
    on behalf of Debtor Christopher W Sitarski  Sr. brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

BRAD J. SADEK
    on behalf of Joint Debtor Tiffany A Adams brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bkgroup@kmllawgroup.com

United States Trustee

District/off: 0313-2 User: DonnaR Page 2 of 2
Date Rcvd: Oct 21, 2020 Form ID: pdf900 Total Noticed: 1

                            USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                          on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
                          ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tiffany A. Adams<br>Christopher W. Sitarski Sr.<br>Debtor(s) | CHAPTER 13 |
| LAKEVIEW LOAN SERVICING LLC<br>Movant<br>vs. | NO. 20-12632 ELF |
| Tiffany A. Adams<br>Christopher W. Sitarski Sr.<br>Debtor(s) | |
| William C. Miller Esq.<br>Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 20th day of October, 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is **GRANTED** and the automatic stay under 11 U.S.C. Section 362, is **MODIFIED** with respect to the subject premises located at 34 East Hendrickson Avenue, Morrisville, PA 19067 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**