United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 20-12632-elf

Christopher W Sitarski, Sr.                                      Chapter 13

Tiffany A Adams

     Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Oct 30, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Christopher W Sitarski, Sr., 5674 North Road, Sandford, FL 32771-9291 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2020                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Christopher W Sitarski  Sr. brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Joint Debtor Tiffany A Adams brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

District/off: 0313-2          User: Adminstra          Page 2 of 2

Date Rcvd: Oct 30, 2020          Form ID: pdf900          Total Noticed: 1

WILLIAM C. MILLER, Esq.
         ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Christopher W Sitarski, Sr. | : | Case No.: 20-12632ELF |
| Tiffany A Adams | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the

Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's

certification that proper service has been made on all interested parties and upon the

Applicant's certification of no response,

It is hereby ORDERED that:

1.  The Application is GRANTED.1

2.  Compensation is ALLOWED in favor of the Applicant in the amount of $4,250.00.

3.  The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an

    administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C.

    §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less

    $1,545.00 which was paid by the Debtor(s) prepetition, to the extent such distribution

    is authorized under the terms of the confirmed chapter 13 plan.

Dated:    10/29/20

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**